**NOT FOR PUBLICATION  IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000137
29-NOV-2023
11:01 AM
Dkt. 54 OAWST**

NO. CAAP-22-0000137

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

HK HOLDINGS, LLC, Plaintiff-Appellee, v.
AVEMCO INSURANCE COMPANY, Defendant-Appellant, and
JOHN DOES 1-20; JANE DOES 1-20; DOE ENTITIES 1-20, AND DOE
INSURANCE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0000502(JPC))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulated Dismissal of Appeal With Prejudice (**Stipulation to Dismiss**), filed November 17, 2023, by Defendant-Appellant Avemco Insurance Company and Plaintiff-Appellee HK Holdings, LLC, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss the appeal is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, November 29, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge